United States District Court
Southern District of Texas
**ENTERED**
September 18, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **JENNY ALLEN** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | **Civil Action No. 4:23-cv-001602** |
| v. | § | |
| | § | |
| **ELEVATION PROPERTY MANAGEMENT, LLC, ELEVATION FINANCIAL GROUP, LLC, AND SERENITY APARTMENTS AT BRIARCREST, LLC** | § § § § § § | |
| | § | |
| ***Defendants.*** | | |

**ORDER ON PLAINTIFF'S MOTION FOR NONSUIT AGAINST ELEVATION FINANCIAL GROUP, LLC**

On this day, the Court considered the Motion for Nonsuit Against Defendant, Elevation Financial Group, LLC filed in this cause by Plaintiff and after reviewing the evidence finds that the Motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that the above-styled and numbered cause is dismissed ***solely*** as to Defendant, Elevation Financial Group, LLC, without prejudice to Plaintiff.

**SIGNED** on September 18, 2023.

Ewing Werlein, Jr.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE