United States District Court
Southern District of Texas
ENTERED
October 02, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JENNY ALLEN** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **Civil Action No.: 4:23-CV-01602** |
| | § | |
| **ELEVATION PROPERTY MANAGEMENT, LLC, ELEVATION FINANCIAL GROUP, LLC, AND SERENITY APARTMENTS AT BRIARCREST, LLC** | § | |
| | § | |
| ***Defendants.*** | § | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

The Court having reviewed the Agreed Motion to Dismiss with Prejudice filed by Plaintiff Jenny Allen and Defendants Elevation Property Management, LLC, Elevation Financial Group LLC, and Serenity Apartments at Briarcrest, LLC, is of the opinion that the Motion should be and is hereby GRANTED. Accordingly, without limiting the following:

IT IS ORDERED, ADJUDGED AND DECREED that all of Plaintiff's claims and causes of action that were or could have been brought against Defendants are hereby DISMISSED WITH PREJUDICE.

IT IS ORDERED, ADJUDGED AND DECREED that all of the Defendants claims and causes of action that were or could have been brought against Plaintiff are hereby DISMISSED WITH PREJUDICE.

IT IS ORDERED that all relief not expressly granted herein is DENIED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party shall bear its own costs and attorney's fees.

Signed this 2d day of ~~September~~ October, 2023.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE